IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH ANDREW BEACH, (TDCJ-CID #2149718) Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION H-18-4632 |
| CHRISTINE NICOLE BEACH, Defendant. | § § § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on ____January 7____, 2019.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2018\18-4632.a01.wpd